UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>CANDIDO ANTOMATTEI,<br><br>                    Defendant. | No. 12-cr-322-2 (RJS)<br><br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

The Court is in receipt of pro se Defendant Candido Antomattei's motion for a sentence reduction pursuant to 18 U.S.C.§ 3582(c)(1)(A)(i) and U.S.C.§ 3582(c)(2).  (Doc. No. 675.)  IT IS HEREBY ORDERED that, no later than October 22, 2021, the Government shall submit a response to Defendant's motion.

SO ORDERED.

Dated:    October 6, 2021
          New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation